IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CURTIS ROGERS,

      Plaintiff,

v.                                    CASE NO. 4:25cv406-RH-MAF

U.S. DISTRICT COURT JUDGE,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8, and the objections, ECF No. 9. I have reviewed the objections de novo.

The plaintiff's second amended complaint fails to state a claim on which relief can be granted. Instead, it is unintelligible. One cannot know, from the plaintiff's filings, what he is complaining about. The objections do not address the deficiencies noted in the report and recommendation.

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed with prejudice for failure to state a claim on which relief can be granted." The clerk must close the file.

SO ORDERED on December 2, 2025.

s/Robert L. Hinkle
United States District Judge